# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | **6:17-cv-00182-JRG (Lead Case)** |
| HUAWEI TECHNOLOGIES | § | |
| USA, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING UNOPPOSED MOTION
## TO WITHDRAW AS COUNSEL OF RECORD

Before the Court is Plaintiff Implicit, LLC'S Unopposed Motion to Withdraw Spencer Hosie, Diane S. Rice, Lyndsey C. Heaton, Darrell R. Atkinson, and the firm Hosie Rice LLP, (collectively, "Hosie Rice") as attorneys of record for Implicit, LLC and remove them from all CM/ECF electronic service lists. (Dkt. No. 53)  Having considered the Motion, the Court is of the opinion that it should be **GRANTED**. It is therefore **ORDERED** that the firm Hosie Rice is hereby withdrawn as counsel of record for Implicit, LLC in Case No. 6:17-cv-182. The Clerk shall discontinue all CM/ECF notices in this matter to Hosie Rice and its attorneys.

**So ORDERED and SIGNED this 8th day of September, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE