**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| IMPLICIT, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO.  6:17-CV-00182-JRG |
| | | LEAD CASE |
| v. | | |
| HUAWEI TECHNOLOGIES USA, INC., | | |
| Defendant. | | |
| IMPLICIT, LLC, | § § § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO.  6:17-CV-00336-JRG |
| v. | | |
| PALO ALTO NETWORKS, INC., | | |
| Defendant. | | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints David Keyzer as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than one business day after their filing in PDF form to david@keyzerlaw.com.

**So ORDERED and SIGNED this 19th day of January, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE