# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC | § | |
| | § | |
| v. | § | Case No. 6:17-cv-182- JRG |
| | § | |
| HUAWEI TECHNOLOGIES USA, INC., ET AL | § § | |

## MINUTES FOR MARKMAN HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP IN MARSHALL, TEXAS
## FEBRUARY 23, 2018

**OPEN:  1:27 p.m.**                                     **ADJOURN:   3:05 p.m.**

| ATTORNEYS FOR PLAINTIFF: | (See attached). |
|---|---|
| ATTORNEYS FOR DEFENDANT: | (See attached). |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Patrick Holvey |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| Time | Minutes |
|---|---|
| 1:27 p.m. | Counsel announced ready for hearing. |
| | The Court heard claim construction argument on a claim by claim basis.   Messrs. Budaj and Hopenfeld argued on behalf of Plaintiff.   Messrs. Gaudet and Dotson argued on behalf of Defendant, Palo Alto Networks. Counsel for the parties read their agreed constructions (also memorialized in Dkt. No. 94, Exhibit A) into the record. |
| 3:05 p.m. | The Court took the matter under submission. |