IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO.  6:17-CV-00182-JRG |
| v. | § § § | |
| HUAWEI TECHNOLOGIES USA, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER TO PAY TECHNICAL ASSISTANT

The Court previously appointed David Keyzer as technical advisor in the above-captioned action, with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. (Dkt. No. 77).  The Court has received Mr. Keyzer's invoice for services through March 6, 2018, in the amount of $25,099.92, and hereby **ORDERS** payment to be promptly made to Mr. Keyzer within thirty (30) days of this Order as follows:

Plaintiff: $12,549.96

Defendant: $12,549.96

TOTAL: $25,099.92

**So Ordered this**
**Mar 11, 2018**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE