# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IMPLICIT, LLC § § v. § § Case No. 6:17-cv-182- JRG § HUAWEI TECHNOLOGIES USA, INC., § ET AL § | |

## MINUTES FOR MOTION HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
## JUNE 19, 2018

**OPEN: 9:00 a.m.**                                **ADJOURN: 10:41 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | (See attached). |
| ATTORNEYS FOR DEFENDANT: | (See attached). |
| LAW CLERK: | Patrick Holvey |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| Time | Minutes |
|---|---|
| 9:00 a.m. | Counsel announced ready for hearing. |
| | The Court heard argument on the Defendant Palo Alto Network, Inc.'s Motion to Strike Plaintiff's Infringement Contentions (Dkt. No.109) filed by Palo Alto Networks, Inc. Mr. Gaudet argued on behalf of Defendant. Mr. Singer argued on behalf of Plaintiff. |
| | The Court next heard argument on the Motion to Compel (Dkt No. 110) filed by Implicit, LLC. Mr. Hurt argued on behalf of Plaintiff. Mr. Gaudet argued on behalf of Defendant. |
| | The Court heard argument on the Motion for Leave to File Amended Answer and Counterclaims (Dkt. No. 128) filed by Palo Alto Networks, Inc. Mr. Gaudet argued on behalf of Defendant. Mr. Hurt argued on behalf of Plaintiff. |
| 10:41 a.m. | Court adjourned. |