# EXHIBIT 3b

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

IMPLICIT, LLC,                )
                              )
        Plaintiff,            )
                              )
        vs.                   ) Case No. 6:16-CV-00080-JRG
                              )
TREND MICRO, INC.,            )
                              )
        Defendant.            )
_____)

NONCONFIDENTIAL PORTIONS

VIDEO-RECORDED DEPOSITION OF

DANIEL S. DECASPER, VOLUME II

Tuesday, October 3, 2017

Redwood Shores, California

Reported By:

Hanna Kim, CLR, CSR No. 13083

Job No. SF-144315

IMPL 027170

```
 1      A.   Okay.
 2      Q.   Okay.  And by a minute, I mean a long
 3 time.
 4           And so --
 5      A.   So we're done with this?                          04:05:59
 6      Q.   Yes.
 7           I would like to -- we're going to look at
 8 your thesis again, please, starting on page 5.
 9           So that sentence we were looking at at the
10 top of page 5 -- sorry, that paragraph, it -- it     04:06:33
11 ends in the sentence, "We discuss the Type 4
12 extensions separately from the Type 5 extensions
13 because, as we will show, they are partly
14 orthogonal."
15      A.   Yep.                                              04:06:48
16      Q.   Sitting here today, do you have any
17 recollection of what you meant when you wrote that?
18      A.   I believe so, yes.  I think -- so in the
19 router plugins case, there was not administration
20 action needed to get the code onto the device,       04:07:03
21 right, and -- and connect the two network flows,
22 packets.  And while the active network piece shares
23 a lot of the other components of the router plugins,
24 this one, it doesn't, right.  It has -- it has a
25 basically fundamentally different model.  It's       04:07:27
```

```
 1    assuming that -- it's inspecting packets and then,
 2    based on what it sees, it automatically goes and
 3    fetches code and has that executed on those packets
 4    if it's not already present.
 5        Q.   So a packet comes in off of the interface       04:07:48
 6    and it's initially scanned for a selector, correct?
 7        A.   Right.
 8        Q.   If it has no selector, then it's processed
 9    in one way, but if it has a selector, then it's
10    processed according to the sequence of functions and   04:08:06
11    parameters that are included in the packet itself?
12        A.   Sort of.
13        Q.   And I guess we -- we'll dig into the
14    details.
15        A.   Okay.                                          04:08:27
16        Q.   But the one thing you said, I want to
17    clarify, is you said it can go get it.  That will
18    only happen if the node, the active node -- strike
19    that.
20             If -- if the selector indicates somewhere      04:08:41
21    in the chain of processing that a function is
22    required that the node doesn't presently support,
23    then it will go --
24        A.   Correct.
25        Q.   -- and get it from a code server?              04:08:55
```