# EXHIBIT 4

```
                                                              1
         UNITED STATES DISTRICT COURT

          EASTERN DISTRICT OF TEXAS

                TYLER DIVISION


IMPLICIT, LLC,                  :

        Plaintiff,              :

   v.                           :  Civil Action No.

HUAWEI TECHNOLOGIES USA, INC.,  :  6:17-CV-182-JRG

et al.,                         :

        Defendants.             :
_____ :




     Deposition of Ingrid Hsieh-Yee, Ph.D.

              Washington, D.C.

          Wednesday, August 15, 2018

                 10:35 a.m.






Reported by:  Donna L. Linton, RMR-CLR
```

1   and if they happen -- if we have the item that they
2   are looking for, they can request it.
3           So that's the extent of the process.  And
4   libraries certainly try to make their systems
5   available as widely as possible, but it's not the
6   job of the library to ensure that everyone in the
7   world know about what they have, right, because you
8   can see that's not an easy task, to try to ensure
9   that everybody under the sun knows what a library
10  holds.  Usually it's information seekers, people
11  who have an interest in a topic or a document, then
12  they'll come and look at the system to find out.
13  So we are in a role to serve as a bridge.
14      Q.   Now you say people who have an interest.
15  Are these people who already know about the
16  existence of the document?
17      A.   It can vary.  And the system, information
18  system, is designed so that people who knows a
19  document exists and want to have that document,
20  they can find that.  In our field it's called --
21  it's referred to as a known item search, meaning
22  you come in, you know something is there, so you're
23  looking for that item.
24          Another way is called a subject search,
25  and that is the person can come in and say I'm very

1    interested in this topic, I wonder what the library
2    has, and our system will support that, too, through
3    the subject headings and through classification
4    numbers.
5         Q.   So if it's a known item search, you
6    already know about it, right?
7         A.   The person coming in.  The seeker, the
8    information seeker, yes.
9         Q.   Right.  And obviously, I would imagine,
10   it's easier for somebody to do a known item search
11   than a subject search; would that be fair?
12        A.   Usually that's the case because they
13   already come in with certain data, right, such as
14   author, title, journal title, or even the volume,
15   things like that.  So it's easier when you
16   have -- when you are looking for something very
17   specific and you know it exists.
18        Q.   But what if you're just doing a subject
19   search?  Are some subject searches harder than
20   other subject searches?
21        A.   We try very hard to make it easy, so in
22   the systems we have many ways to do it.  But many
23   are through subject headings and subject
24   classification number.  What we do is we use
25   subject classification number to collocate, so

1   materials on the same subject will be grouped
2   together, that way we make it easier for somebody
3   doing a subject search to then have a smaller group
4   of material to review.
5       Q.   Would it be fair to say that for some
6   things it's easier to do a subject search than
7   other things?
8       A.   I suppose, yeah.
9            So, for example, in the science and
10  technology area it's usually easier because their
11  topic tends to be very specific.  But in the
12  humanities, in the social sciences, in the art, in
13  performing arts, then it tend to be more
14  multifaceted and that takes a little bit more time.
15  But ultimately catalogers are going through a lot
16  of training in order to be helpful in doing subject
17  analysis.
18      Q.   How about within the scientific area?  Are
19  some papers easier to find than other papers for a
20  subject matter search?
21      A.   There has been a lot of effort to help, so
22  the libraries will catalog certain type of
23  materials and then there are also a lot of
24  databases.  Probably the most well-known ones are
25  the IEEE digital library, and they have done a very

```
 1         A.   You mean the time when the record get
 2   updated?
 3         Q.   When it was created, the bibliographic
 4   information for this particular article, not for
 5   the journal.  For this particular article.
 6         A.   Oh.  The library does not create records
 7   for articles.
 8         Q.   It only creates for the journal?
 9         A.   Right.
10         Q.   So when I go look up the bibliography,
11   there is no way I can determine when this
12   particular article actually was made available to
13   the bibliographic system?
14         A.   I think you are -- could you clarify?  Are
15   you talking about this volume of proceedings or are
16   you talking about the D-A-N article?
17         Q.   Let's talk about the D-A-N article.
18         A.   Okay.  The D-A-N article is part of this
19   volume, right?  The volume was received by the
20   Library of Congress on April 10th, 1998, and
21   following standard library procedure, usually
22   within a week it will be put in the reading room
23   for user access.  That's established.
24         Q.   So that's usually, but not always?
25         A.   That's correct.
```

69

```
 1        Q.   Do you know if the Library of Congress
 2   keeps track of the specific date when this document
 3   not only would have been stamped but actually would
 4   have been made available for purposes of the
 5   bibliography?
 6        A.   Bibliography?
 7        Q.   Okay.  When you say made available, you
 8   mean put in the reading room?
 9        A.   Yes.
10        Q.   What about -- okay.  Maybe I should have
11   made something clear here.
12             How would I find this document after it's
13   received?  Let's say I'm just coming in, I want to
14   find this document.  How would I do it?
15        A.   So you're coming in to do a known item
16   search?
17        Q.   On January -- let's make it June of 1999.
18        A.   Okay.
19        Q.   I want IEEE INFOCOM '98.  How would I find
20   it?
21        A.   Oh.  That part is very easy.  You would go
22   to the library system, online catalog, you search
23   for this, the name of the conference, and it will
24   come up.
25        Q.   Okay.
```