# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>HUAWEI TECHNOLOGIES USA, INC., et al.,<br><br>    *Defendants.* | CIVIL ACTION NO. 6:17-cv-182-JRG<br>**(LEAD CASE)**<br><br>JURY TRIAL DEMANDED |

## REBUTTAL EXPERT REPORT OF KEVIN C. ALMEROTH, PHD

*/s/ Kevin C. Almeroth*

Kevin C. Almeroth, Ph.D.

August 6, 2018

the Decasper articles that are contradicted by Dr. Decasper's own testimony that the Russ Report does not consider, much less address, are of exceedingly little, if any, value.

125.   I also find Dr. Russ' efforts at the treating the Decasper articles as a single disclosure or, in the alternative, as disclosures that would be obvious to combine to be lacking. As set forth above, the two Decasper articles disclose two very different router architectures that utilize "fundamentally different models" in the hopes of achieving disparate goals.[111]  Decasper 1 was concerned with extending the services of a traditional IP router through a modular and extensible architecture that allowed an administrator to configure the router through the use of filters a Directed Acyclic Graph.[112]  Decasper 5 focused on active networking envisioning a model where instead of carrying the processing code itself, the data packet would carry a pointer to the code and the router would then retrieve that code from a trusted server if it did not have it in cache.[113]

126.   It is unsurprising then that Decasper 1 and Decasper 5 present "orthogonal" router architectures.  While Decasper 5 anticipated that the ANPE software architecture would share components (e.g., IPv4/IPv6 core and the AIU) with the EISR of Decasper 1, they had "fundamentally different models."[114]

127.   The core functionality of the EISR described in Decasper 1 is aimed at allowing at administrator to configure the router to by selecting a set of plugins and creating a set of filters

---

depositions of Daniel Decasper occurred.  Notwithstanding these facts, Dr. Russ cites to Volume I of the deposition of Daniel Decasper (though he neglects to include it in his Materials Considered) but fails to acknowledge Volume II of the deposition of Daniel Decasper at all.
[111] *See supra*, Section V.A.
[112] *See supra*, Section V.A.
[113] *See supra*, Section V.A.
[114] Decasper Dep. at 237:9–238:4.

Rebuttal Expert Report of Kevin C. Almeroth   37

# EXHIBIT 1

# Kevin C. Almeroth

Professor, Department of Computer Science
University of California
Santa Barbara, CA 93106-5110
(805)636-1123 (office)
(805)893-8553 (fax)
almeroth@cs.ucsb.edu (email)
http://www.cs.ucsb.edu/~almeroth (WWW URL)

## Education

| | | | |
|---|---|---|---|
| **Ph.D.** | June 1997 | *Georgia Institute of Technology* | Computer Science |
| | | *Dissertation Title*: Networking and System Support for the Efficient, Scalable Delivery of Services in Interactive Multimedia Systems | |
| | | *Minor*: Telecommunications Public Policy | |
| **M.S.** | June 1994 | *Georgia Institute of Technology* | Computer Science |
| | | *Specialization*: Networking and Systems | |
| **B.S.** (high honors) | June 1992 | *Georgia Institute of Technology* | Information and Computer Science |
| | | *Minors*: Economics, Technical Communication, American Literature | |

## Employment History

| | | |
|---|---|---|
| Professor | Department of Computer Science<br>University of California<br>Santa Barbara, CA | Jul 2005 -- present |
| Associate Dean | College of Engineering<br>University of California<br>Santa Barbara, CA | Mar 2007 -- Aug 2009 |
| Vice Chair | Department of Computer Science<br>University of California<br>Santa Barbara, CA | Jul 2000 -- Nov 2005 |
| Associate Professor | Department of Computer Science<br>University of California | Jul 2001 -- Jun 2005 |

   On-Demand Delivery of Audio/Video," **Best Paper** at *the Seventh International World Wide Web Conference (WWW)*, Brisbane, AUSTRALIA, April 1998.

5. K. Almeroth, M. Ammar and Z. Fei, "Scalable Delivery of Web Pages Using Cyclic Best-Effort (UDP) Multicast," *IEEE INFOCOM*, San Francisco, California, USA, June 1998.

4. K. Almeroth and M. Ammar, "Delivering Popular Web Pages Using Cyclic Unreliable Multicast (Extended Abstract)," *SPIE Conference on Voice, Video and Data Communications*, Dallas, Texas, USA, November 1997.

3. K. Almeroth, A. Dan, D. Sitaram and W. Tetzlaff, "Long Term Resource Allocation in Video Delivery Systems," *IEEE INFOCOM*, Kobe, JAPAN, April 1997.

2. K. Almeroth and M. Ammar, "On the Performance of a Multicast Delivery Video-On-Demand Service with Discontinuous VCR Actions," *International Conference on Communications (ICC)*, Seattle, Washington, USA, June 1995.

1. K. Almeroth and M. Ammar, "A Scalable, Interactive Video-On-Demand Service Using Multicast Communication," *International Conference on Computer Communication and Networks (IC3N)*, San Francisco, California, USA, September 1994.


## C. Workshop Papers (refereed)

34. M. Tavakolifard, J. Gulla, K. Almeroth, F. Hopfgartner, B. Kille, T. Plumbaum, A. Lommatzsch, T. Brodt, A. Bucko, and T. Heintz, "Workshop and Challenge on News Recommender Systems," *ACM RecSys News Recommender Systems (NRS) Workshop and Challange*, Hong Kong, CHINA, October 2013.

33. M. Tavakolifard, K. Almeroth, and J. Gulla, "Does Social Contact Matter? Modelling the Hidden Web of Trust Underlying Twitter," *ACM International Workshop on Social Recommender Systems (SRS)*, Rio de Janeiro, BRAZIL, May 2013.

32. D. Johnson, E. Belding, K. Almeroth and G. van Stam, "Internet Usage and Performance Analysis of a Rural Wireless Network in Macha, Zambia," *ACM Networked Systems for Developing Regions (NSDR) Workshop*, San Francisco, California, USA, June 2010.

31. D. Havey, R. Chertov, and K. Almeroth, "Wired Wireless Broadcast Emulation," *International Workshop on Wireless Network Measurement (WiNMee)*, Seoul, Korea, June 2009.

30. R. Raghavendra, P. Acharya, E. Belding, and K. Almeroth, "MeshMon: A Multi-Tiered Framework for Wireless Mesh Network Monitoring," *ACM Mobihoc Wireless of the Students, by the Students, for the Students Workshop (S3)*, New Orleans, Louisiana, USA, May 2009.

29. G. Swamynathan, C. Wilson, B. Boe, B. Zhao, and K. Almeroth, "Do Social Networks Improve e-Commerce: A Study on Social Marketplaces," *ACM Sigcomm Workshop on Online Social Networks (WOSN)*, Seattle, Washington, USA, August 2008.

28. R. Raghavendra, E. Belding, and K. Almeroth, "Antler: A Multi-Tiered Approach to Automated