# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| IMPLICIT, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> HUAWEI TECHNOLOGIES USA, INC., *et al.*, <br><br> *Defendant*. | § § § § § § § § § § § § | **CIVIL ACTION NO. 6:17-CV-182-JRG** <br> **LEAD CASE** |
| IMPLICIT, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> *Defendant*. | § § § § § § § § § § § § | **CIVIL ACTION NO. 6:17-CV-336-JRG** <br> **(CONSOLIDATED CASE)** <br><br> **JURY TRIAL DEMANDED** |

## **ORDER**

Before the Court is Plaintiff Implicit LLC's Motion for Partial Summary Judgment of no Invalidity in View of Decasper 1 And Decasper 5. The Court, having considered same, finds that the Motion should be DENIED.