# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| IMPLICIT, LLC,<br><br>   *Plaintiff*,<br><br>  *v.*<br><br>PALO ALTO NETWORKS, INC.,<br><br>   *Defendant*. | 6:17-cv-336-JRG |

## VERDICT FORM

  In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

  As used herein, "Plaintiff" means Implicit, LLC. As used herein, "Defendant" means Palo Alto Networks, Inc. As used herein, "Asserted Patents" means U S. Patent Nos. 8,694,683 and 9,270,790.

  We, the jury, unanimously agree to answer the following questions:

- 2 -

## QUESTION 1: Infringement

Did Plaintiff prove by a preponderance of the evidence that Defendant has infringed any asserted claim of the Asserted Patents?

**Answer "Yes" or "No" for each claim.**

### '683 Patent

   Claim 1  _____

   Claim 2  _____

   Claim 4  _____

### '790 Patent

   Claim 1  _____

   Claim 2  _____

   Claim 8  _____

   Claim 9  _____

   Claim 10  _____

   Claim 12  _____

   Claim 13  _____

   Claim 15  _____

   Claim 16  _____

- 3 -

## **QUESTION 2: Willfulness**

If you answered "yes" for any asserted claim in Question 1, was Defendant's infringement willful?

    **Answer "Yes" or "No":**  _____

## QUESTION 3: Invalidity

Did Defendant prove by clear and convincing evidence that the asserted claims of the Asserted Patents are invalid?

**Answer "Yes" or "No" for each claim.**

### '683 Patent

    Claim 1    \_\_\_\_\_

    Claim 2    \_\_\_\_\_

    Claim 4    \_\_\_\_\_

### '790 Patent

    Claim 1    \_\_\_\_\_

    Claim 2    \_\_\_\_\_

    Claim 8    \_\_\_\_\_

    Claim 9    \_\_\_\_\_

    Claim 10    \_\_\_\_\_

    Claim 12    \_\_\_\_\_

    Claim 13    \_\_\_\_\_

    Claim 15    \_\_\_\_\_

    Claim 16    \_\_\_\_\_

If you have answered NO to ALL claims of Question #1, answer no further questions, proceed to the last page, have your Foreperson sign and date this verdict form, and then deliver it to the Court Security Officer.

If you have answered YES as to EVERY claim in Question #3, answer no further questions, proceed to the last page, have your Foreperson sign and date this verdict form, and then deliver it to the Court Security Officer.

If you have answered YES as to ANY of the claims in Question #1, PROCEED TO ANSWER QUESTION #4 as to ONLY that claim or those claims of the Asserted Patents that you have found to be both infringed by the Defendant and you have found is not invalid.

**QUESTION 4: Damages**

What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate Plaintiff for Defendant's infringement of the Asserted Patents?

    **Answer in dollars and cents.**

    $ _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.  The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this \_\_\_\_\_ day of October 2018.

_____
**Jury Foreperson**